**Lawrence NEAL, Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 78700**

Missouri Court of Appeals,
Western District.

FILED: November 29, 2016

Susan L. Hogan, Appellate Defender, Kansas City, MO, for appellant.

Chris Koster, Attorney General, and Mary H. Moore, Assistant Attorney General, Jefferson City, MO, for respondent.

Before Division Two: Lisa White Hardwick, Presiding Judge, Karen King Mitchell and Anthony Rex Gabbert, Judges

## ORDER

Per Curiam

Lawrence Neal appeals from the denial of his Rule 29.15 motion following an evidentiary hearing. After a thorough review of the record, we conclude that the post-conviction judgment is based on findings of fact that are not clearly erroneous and that no error of law appears. We have provided the parties with a Memorandum explaining the reasons for our decision, because a formal published opinion would have no precedential value.

The judgment is affirmed. Rule 84.16(b).